UNITED STATES of America,
Appellee,

v.

Saul GELB, also known as Sol Gordin,
Appellant.

Docket 25685.

United States Court of Appeals
Second Circuit.

Argued June 1, 1959.

Decided June 17, 1959.

Certiorari Denied Oct. 12, 1959.
See 80 S.Ct. 66.

Harry Salvan, New York City, for appellant.

Herbert F. Roth, Asst. U. S. Atty., S. D.N.Y., New York City (S. Hazard Gillespie, Jr., U. S. Atty., and Kevin Thomas Duffy, Asst. U. S. Atty., New York City, on the brief), for appellee.

Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Bryan, D.C.S.D.N.Y., 175 F.Supp. 267.